GEORGE M. REIBER
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

December 29, 2016

Kiba R. Wilson
3624 Watkins Road
Pine Valley, NY 14872

Dear Ms. Wilson,

Re:  Case No. 14-21229-PRW

This letter is written to notify you that upon a review of your payment history it appears that your employer, Andrew Cesari, DMD, had begun to remit more regularly your bi-weekly amount of $165.26 since August, 2016. This month I have received three payments, totally $495.78. The last employer payment I received was posted on December 20, 2016, in the amount of $165.26. However, I did not receive any payments for between October 17, 2016 and December 6, 2016. Additionally, the matter regarding the whereabouts of the other July payment has not been resolved.

If this an error on the part of your employer, please contact your payroll department to address the matter. Additionally, please contact my office at 585.427.7225, ext. 234 to review your payment history.

In the event you have experienced a change in your employment, please notify my office in writing so that a new order can be issued pursuant to your plan.

Thank you for your time and attention to this matter.

Very truly yours,

GEORGE M. REIBER

GMR/ajh

Xc: Mathew Mansfield, Esq.